COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Loruhamah Dickey v. Harris County, City of Houston,
Houston Community College System, Houston Independent
School District

Appellate case number:     01-18-00639-CV

Trial court case number:    2016-02269

Trial court:              125th District Court of Harris County

Appellant, Loruhamah Dickey, filed a pro se notice of appeal on July 13, 2018, in the trial court from the June 15, 2018 final judgment in this property tax case. The Clerk of this Court's October 11, 2018 notice requested that the district clerk file an indigent clerk's record by October 31, 2018. On October 31, 2018, the district clerk filed an indigent clerk's record containing appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), filed on October 5, 2018, but no court's order.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, the Court **ORDERS** the district clerk to file the clerk's record and **ORDERS** the court reporter to file the reporter's record, both **within 30 days** of this Order and at no cost to appellant.

Finally, because appellant is proceeding pro se, the Court **ORDERS** the district clerk to mail the clerk's and reporter's records to appellant, at no cost to appellant, **within 35 days** of the date of this order, and shall certify the delivery date **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature:    ___/s/ Evelyn V. Keyes_____
                        x Acting individually    ☐ Acting for the Court

Date:  __November 8, 2018____